## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| COVINGTON SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 26-cv-939 |
| ANCHOR TECHNOLOGIES OF FLORIDA, LLC; ANCHOR TECHNOLOGIES, LLC; CLIFTON BISHOP; KENNETH HARRIS; and NATASHA SMITH, individually and as the Independent Administrator of the Estate of EMONIE ROBINSON, deceased, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, COVINGTON SPECIALTY INSURANCE COMPANY, by and through their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice, against all Defendants.

Dated: April 8, 2026

Respectfully submitted,
COVINGTON SPECIALTY INSURANCE COMPANY

*/s/ Brian C. Bassett*
Brian C. Bassett

Brian C. Bassett (6285714)
Tony Hatzilabrou (6325050)
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY LLP
71 S. Wacker Dr., Ste. 2110
Chicago, Illinois 60606
Telephone: (312) 332-3900
Facsimile: (312) 332-2908
bbassett@tlsslaw.com
thatzilabrou@tlsslaw.com